350 U.S. 997, 76 S.Ct. 547

**A. E. HOSS and Sullens & Hoss, Inc., a Corporation, petitioners, v. C. G. (Jim) PURINTON.**

No. 700.

Supreme Court of the United States.

March 26, 1956.

Mr. Bailey E. Bell, for petitioners.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.